## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM KENNEY                  )
Reg. No. 00984-049              )
U.S. Penitentiary               )
P.O. Box 1000                   )
Lewisburg, PA 17837-1000        )
                                )
    Plaintiff,          )
                                )   Case No. _____
    vs.                 )
                                )
UNITED STATES DEPARTMENT        )
OF JUSTICE                      )
950 Pennsylvania Avenue, NW     )
Washington, DC 20530-0001       )
                                )
    Defendant.          )
_____ )

### COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

[Freedom of Information Act, 5 U.S.C. § 552]

### INTRODUCTION

1.    Plaintiff William Kenney (hereinafter "Kenney") brings this action to redress violations of the Freedom of Information Act (hereinafter "FOIA"), 5 U.S.C. § 552, by defendant United States Department of Justice (hereinafter "DOJ"). Defendant violated the FOIA by failing to provide the records requested by Plaintiff in the June 20, 1996 FOIA requests made by Kenney to the Executive Office for US Attorneys ("EOUSA") and to the Federal Bureau of Investigation ("FBI"). This action requests an order declaring that the DOJ has violated FOIA, and enjoining the DOJ — after conducting adequate FOIA searches — to provide the requested records forthwith and free of charge.

2.      Kenney has submitted one FOIA request to two components of the Department of Justice.  DOJ has treated Kenney's subsequent correspondence as separate FOIA requests, generating a paper trail that is difficult to follow.  This complaint provides only a cursory summary of eleven years of correspondence which shows that Kenney has exhausted his administrative remedies.

## JURISDICTION

3.      This Court has jurisdiction over this action pursuant to FOIA (5 U.S.C. §552(a)(4)(B)), federal question (28 U.S.C. § 1331), the Administrative Procedures Act (5 U.S.C. § 702) and pursuant to the Declaratory Judgment Act (28 U.S.C. § 2201).

## VENUE

4.      The District of Columbia is the proper venue pursuant to 28 U.S.C. § 1331 because (1) the agency records at issue are located in the District of Columbia, and (2) 5 U.S.C. section 552(a)(4)(B) provides for jurisdiction in the District of Columbia. 5 U.S.C. § 552(a)(4)(B).

## PARTIES

5.      Plaintiff, William Kenney ("Kenney") is a citizen of Massachusetts who is currently serving a prison term in Lewisburg, PA as a result of his 1992 federal conviction in the District of New Hampshire.

6.      Plaintiff is adversely affected and injured by the DOJ's failure to conduct an adequate search for the requested records, failure to release the requested records, and improper denial of Plaintiff's fee waiver request.  The DOJ's actions discourage Plaintiff, and other members of the public from obtaining public records from the United States government.  It is in the public interest, as well as in the Plaintiff's interest, to ensure that

Kenney was not unjustly punished for crimes he did not commit.  Unless this Court grants the requested relief, Plaintiff will continue to be adversely affected and injured by the DOJ's failure to comply with FOIA as alleged herein.

7.      Defendant United States Department of Justice ("DOJ") is a federal agency with possession of and control over the records that Plaintiff seeks. The DOJ is responsible for searching for and releasing records in response to FOIA requests and granting FOIA fee waivers and, therefore, is sued as the defendant in this action.

8.      The Federal Bureau of Investigation ("FBI") is a bureau of the US Department of Justice.  It is the principal investigative arm of the DOJ.

9.      The Executive Office for U.S. Attorneys ("EOUSA") is an office of the DOJ.  It provides general executive assistance to U.S. Attorneys and coordinates the relationship between U.S. Attorneys and organizational components of the DOJ and other federal agencies.

## LEGAL FRAMEWORK

10.      FOIA requires, inter alia, that federal agencies must promptly provide copies of agency records to those persons who make a request for records that reasonably describes the nature of the records sought, and which conforms with agency regulations and procedures in requesting such records. 5 U.S.C. § 552(a)(3)(A).

11.      An agency must demonstrate beyond material doubt that its search was reasonably calculated to uncover all relevant documents

12.      FOIA provides for fee waivers for requests that are in the public interest and not in the primary commercial interest of the requestor. 5 U.S.C. § 552 (a)(4)(A)(iii).

13.     FOIA provides that any person who has not been provided the records requested pursuant to FOIA may, after exhausting their administrative remedies, seek legal redress from the federal district court to "enjoin the agency from withholding agency records and to order agency records improperly withheld from the complainant." 5 U.S.C. 552(a)(4)(B).

14.     In any action seeking to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld, the court shall determine the matter de novo.

15.     In any action regarding the waiver of fees the court shall determine the matter de novo. 5 U.S.C. § 552(a)(4)(A)(vii).

## STATEMENT OF FACTS

### Kenney's FOIA Request to EOUSA

16.     On June 20, 1996, Kenney requested pursuant to 5 U.S.C. §§ 552 (Freedom of Information Act) to the EOUSA in Washington D.C. for information relating to the case U.S. v. Charles "Chucky" Flynn et. al., itemizing the requested information in a letter containing 17 paragraphs, attached hereto as Exhibit A.   In these letters, Kenney requested a waiver of search and copying fees.

17.     On June 28, 1996, the Paul M. Gagnon, a U.S. Attorney in New Hampshire acknowledged receipt of a similar FOIA request sent to his office, and stated that the request had been forwarded to the FOIA/PA Unit of the US DOJ.

18.     The request forwarded from the New Hampshire office was treated as a separate FOIA request by EOUSA in Washington and assigned a new number.   To simplify this

complaint, the numbers used by the EOUSA to track the two FOIA requests will not be used. They are the same request.

19.     On August 18, 1996, the EOUSA replied to Kenney that his fee waiver request was denied.

20.     On August 31, 1996, Kenney wrote to the EOUSA agreeing to pay the costs associated with processing his FOIA request and requested expedited processing.

21.     On Dec. 20, 1996, the EOUSA denied Kenney's FOIA request. EOUSA stated that   records requested by Kenney were located in a system of records exempted by (b)(3), or were exempted by FOIA exemption (b)(7)(A), Privacy Act exemption (j)(2), or F.R.A.P. 16 or were available by specific request to the clerk of the court or from the EOUSA, upon specific request.

22.     On Jan 17, 1997, Kenney appealed the EOUSA's Dec. 20, 1996 denial, and requested a Vaughn index of records that had been located.

23.     For the next ten years, the EOUSA did not decide this appeal.

24.     On August 12, 1997, EOUSA denied Kenney's request submitted to New Hampshire, citing FOIA exemptions (b)(6), (b)(7)(A), (b)(7)(C), (b)(7)(D), (b)(7)(F), and Privacy Act exemption (j)(2), and stating that there were public records which may be obtained from the Clerk of the Court or from the EOUSA, upon specific request, subject to copying fees.

25.      On Sept 11, 1997, Kenney appealed the EOUSA's denial regarding the New Hampshire request.

26.     For the next ten years, the EOUSA did not decide this appeal.

27.    On March 30, 1999, Kenney wrote to the EOUSA to "specifically request" the records he had requested by FOIA.  This was the procedure EOUSA had mentioned in various correspondence, such as its Dec. 20, 1996 response.

28.    On June 29, 1999,  the EOUSA waived its FOIA exemption (b)(7)(A) claim, but did not respond to the other issues and exemptions Kenney had appealed.

29.    In an undated letter postmarked May 3, 2000, DOJ notified Kenney that it had located approximately 11,900 pages of "non-public" records responsive to his request, and asked for $1,190 in copying fees at a rate of ten cents per page.

30.    On May 12, 2000, Kenney wrote to EOUSA to narrow his request for information relating to the case U.S. v. Charles "Chucky" Flynn et. al. to exclude all trial and hearing transcripts, and requested a recalculation of the copying fees.

31.    On Oct. 3, 2002, EOUSA advised Kenney that it had located approximately 2,500 pages of court-filed records and 16,506 pages of other records on the subjects of his request from the District of New Hampshire, and advised Kenney that it would charge $0.10 per page for copies.

32.    On June 8, 2004, EOUSA advised Kenney that it had located "about three boxes" of investigative records and about 120 pages of publicly available records, and asked $1288. in search fees to find these boxes before it would release any records to Kenney.

*Kenney's Seventeen Privacy Waivers and Two Death Certificates*

33.    From July 25, 1999, through Dec. 19, 2002, Kenney sent the EOUSA a total of seventeen sworn and notarized privacy waivers, for Charles Flynn, Richard Joseph Ferguson, Jr., Brian John Raineri Sr., Tanya Marie Ferguson, Patricia M. Ferguson, Gary Patrick Neal, Gerard Patrick O'Keefe, Jr., Gaetano Cavallaro, Linda/Lynda Ellen

DeCarlo, Stanley Yassen, Geraldine Dietz Yassen, Bruce T. Raineri, Ronald Patrick Fitzgerald, James J. Hufnagle, Bernard Grossberg, Glenn R. Kerivan, and for himself. He also sent EOUSA death certificates for two individuals, Robert F. Ferguson, Jr., and Charles George Petralia.  These are attached hereto as <u>Exhibit 2</u>.

34.      Then on Feb. 10, 2004, the EOUSA wrote to Kenney to "deny his request with respect to records relating to Richard Ferguson," asserting that the privacy waiver obtained from Mr. Ferguson was invalid.  The EOUSA did not explain why it believed the waiver to be invalid.  EOUSA also denied records relating to four other individuals for whom Kenney had submitted privacy waivers, namely: Linda/Lynda DeCarlo, Gary Neal, Brian Raineri, and Gaetano Cavallaro, asserting that the validity of privacy waivers for these individuals could not be verified.  It is not clear whether EOUSA was able to confirm the validity of the remaining privacy waivers.

35.      On March 29, 2004, EOUSA advised Kenney that it had "closed 19 FOIA requests" because of Kenney's alleged invalid privacy waiver regarding Richard Ferguson.  In its letter, EOUSA stated that it would only respond to Kenney's requests for records about himself and four deceased individuals.

36.      Although the Department of Justice forms used by Kenney make reference to the Freedom of Information Act, Kenney is not requesting a wide ranging search for documents about these individuals, but rather that the (b)(6) and (b)(7)(C) exemptions not be applied for these individuals in records relating to the case <u>U.S. v. Charles "Chucky" Flynn, et al</u>.

37.    On Sept 23, 2007, counsel for William Kenney wrote to EOUSA for the purpose of determining the status of Kenney's FOIA request and to ask for a bottom-line estimate of what Kenney would have to pay in search fees in order to avoid litigation.

38.    On Sept 27, 2007, EOUSA replied directly to Kenney, regretting the ten year delay in considering his appeals, and stating that his FOIA request had been closed due to its determination that the privacy waiver of Richard Ferguson was invalid.  In this letter, EOUSA stated that Kenney had standing to seek judicial review pursuant to 5 U.S.C. § 552(a)(4)(B).

39.    On  October 16, 2007, EOUSA replied to Kenney's counsel, treating his letter as a new FOIA request, and denying it, and not replying substantively to counsel's request for a fee estimate.

40.    To date, Kenney has not received any records from EOUSA.

41.    Kenney has exhausted his administrative remedies with respect to the EOUSA.

### _Kenney's June 20, 1996 FOIA Request to the Federal Bureau of Investigation_

42.    On June 20, 1996, Kenney requested pursuant to 5 U.S.C. §§ 552 and 552a (Freedom of Information Act) from the FBI HQ in Washington D.C., and from the FBI's office in Boston, MA, for information relating to the case U.S. v. Charles "Chucky" Flynn et. al., itemizing the requested information in a letter containing seventeen numbered paragraphs.  Identical letters were sent to both addresses.

43.    The information Kenney requested from the FBI was also identical to what Kenney requested from EOUSA.  See Exhibit 1.

44.     On Aug 20, 1996, the FBI advised Kenney it had located records responsive to his request but that due to its backlog in processing FOIA requests, he could expect a delay of approximately two years before FBI would begin to process it.

45.     In Aug of 1996, Kenney sent similar FOIA requests to the Federal Bureau of Prisons and Justice Management Division of the DOJ.   According to a letter from the FBI to Kenney dated Oct 10, 1996, these requests were forwarded by DOJ to the FBI for processing, and included in his request.

46.     On Oct 16, 1996, FBI advised Kenney by letter that it had searched its index to its electronic records system and found no material responsive to his request.

47.     On June 30, 1997, FBI advised Kenney it had found one file responsive to his request, and released 106 out of 195 pages in the file.   FBI advised Kenney it had redacted material pursuant to the (b)(3), (b)(7)(C), (b)(7)(D), (b)(7)(E) exemptions to the FOIA, and (j)(2) exemption to the Privacy Act.

48.     On July 30, 1997, Kenney administratively appealed, on the basis that entire pages had been withheld, and reasonably segregable portions of those pages could have been released.   He also appealed the FBI's determinations that portions of those pages were "outside the scope of his request."   He appealed the FBI's application of (b)(7)(C) (unwarranted invasion of personal privacy), (b)(7)(D) (confidential sources) on the basis that the FBI did not properly balance the interests at stake, and (b)(7)(E) (confidential law enforcement methods) on the basis that virtually all investigative methods had been disclosed at trial.   He also challenged the FBI's application of the (j)(2) exemption of the Privacy Act which applies to exempt systems of records.   He further requested that the

FBI produce a <u>Vaughn</u> index.  Finally, Kenney enclosed a Privacy Waiver from Charles Flynn, in which Mr. Flynn waived the (b)(7)(C) exemption as it applied to him.

49.     On March 27, 1998, FBI released one additional page to Kenney, stated that it would reprocess his request in light of Mr. Flynn's Privacy Waiver, and denied the other aspects of his appeal, including his request for a <u>Vaughn</u> index.

50.     By letter dated April 13, 1998, FBI advised Kenney that it had located approximately 4000 additional pages of information responsive to his request, and advised Kenney that FBI would charge him ten cents per page to photocopy them.

51.     On April 20, 1998, Kenney agreed to pay the cost and requested expedited processing of the copying.

52.     On April 8, 1999, FBO reviewed 1039 pages of material and released 529 pages to Kenney and requested $42.90 in fees.  On April 19, 1999, Kenney sent the fee of $42.90 and again expressed his interest in the receiving the balance of the FBI materials.

53.     On June 3, 1999, Kenney administratively appealed the FBI's decision to withhold approximately 510 pages, because the FBI did not cite any applicable FOIA or Privacy Act exemptions.   He also repeated his request for a <u>Vaughn</u> index.

54.     On July 2, 1999, the FBI reviewed the remaining 3199 pages, and released 953 of them to Kenney, citing the (b)(3),(b)(7)(D), (b)(7)(E) exemptions to the FOIA.  The FBI also indicated that it had referred some documents to other government agencies for processing, including the New Hampshire State Police.  FBI also requested $95.30 in copying fees.   On July 18, 1999, Kenney paid the FBI $95.30 in fees.  On July 19, 1999, Kenney appealed the FBI's witholdings.

.

55.    From June 9, 2000, to September 17, 2000, Kenney submitted sworn and notarized privacy waivers and death certificates for eighteen of the nineteen individuals in ¶ 33 supra, and attached hereto as Exhibit 2.  (excluding Glenn Kerivan)  Kenney also requested files cross referencing these individuals (also called "see references") and identified seven federal districts where the FBI has offices which might contain information about these individuals.

56.    On Jan 12, 2001, the FBI granted in part Kenney's administrative appeal of June 3, 1999, remanding his case for re-processing in light of the privacy waivers and death certificates he had submitted.

57.    On Jan. 29, 2001, the FBI reviewed 1,250 more pages and released 797 to Kenney, citing FOIA exemptions   (b)(2), (b)(3), (b)(7)(C), (b)(7)(D), (b)(7)(E) and exemption (j)(2) of the Privacy Act.  The FBI also requested $27.70 for copying fees and stated it would release further records once payment was received.

58.    On Feb 15, 2001, Kenney paid the FBI $27.70, appealed all of the FBI's claimed exemptions, and submitted a privacy waiver for Glenn Kerivan.

59.    On Mar. 1, 2001, Kenney appealed the FBI's exemptions in its Jan 29, 2001 release; specifically, that the FBI was applying the same FOIA exemptions without explanation or Vaughn index, after it had been remanded for further processing in light of the privacy waivers he had submitted.

60.    On March 20, 2001, the FBI reviewed 3270 more pages and released 2232 to Kenney, citing FOIA exemptions   (b)(2), (b)(3), (b)(7)(C), (b)(7)(D), (b)(7)(E) and exemption (j)(2) of the Privacy Act.  The FBI also requested $115.10 for copying fees.

61.     On May 14, 2001, Kenney administratively appealed the FBI's withholdings and the adequacy of its search for records about Glen R. Kerivan, citing the name of the FBI agent who investigated Mr. Kerivan and records seized from Mr. Kerivan pursuant to a court ordered search warrant, which were not released by FOIA.

62.     On Nov 7, 2001, the FBI denied Kenney's appeals, exhausting his administrative remedies.

63.     To date, Kenney has received approximately 4618 pages out of 8953 located by the FBI.

64.     On April 22, 2004, Kenney submitted another FOIA request for all records and information pertaining to the FBI's contacts with, or attempts to contact, six of the individuals who signed Certification of Identity and Privacy Waiver forms for Kenney's FOIA requests.  These included Richard Joseph Ferguson Jr., Brian John Raineri Sr., Gary Patrick Neal, Linda/Lynda Ellen Decarlo, Gaetano Cavallaro, and Tanya Marie Ferguson.

65.     On May 5, 2004, the FBI notified Kenney that it would not process his April 22, 2004 request and returned his request to him.  The FBI did not grant or deny this request, and to date has not responded substantively to it.

66.     Kenney has exhausted his administrative remedies with respect to FBI, including both his June 20, 1996 request and his April 22, 2004 request.

**CLAIMS FOR RELIEF**

**CLAIM ONE: FREEDOM OF INFORMATION ACT**

67.    Plaintiff incorporates by reference the preceding paragraphs as though fully set forth herein.

68.    Defendant has wrongfully withheld records from plaintiff by improperly applying FOIA exemptions.

69.    Defendant has not conducted an adequate search for records responsive to his request and has not produced a <u>Vaughn</u> index.

70.    Defendant has wrongfully withheld records by denying the validity of seventeen sworn and notarized privacy waivers and two death certificates.

71.    On information and belief, Defendant improperly influenced Richard Ferguson from whom Plaintiff had obtained a sworn and notarized privacy waiver.

**CLAIM TWO - ADMINISTRATIVE PROCEDURE ACT**

73.    Plaintiff incorporates by reference the preceding paragraphs as though fully set forth herein.

74.    Plaintiff is entitled to judicial review, pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 702, 706, of Defendant's actions concerning its unlawful policies and practices regarding adequately searching for records requested by Plaintiff.

75.    Plaintiff is entitled to judicial review, pursuant to the Administrative Procedure Act, of Defendant's failure to respond to Plaintiff's administrative appeals within the time frame established by FOIA.

76.    Defendant has unlawfully withheld and/or unreasonably delayed agency action by

failing to comply with the mandates of FOIA regarding Plaintiff's FOIA request and appeal.

77.    Defendant's actions regarding Plaintiff's FOIA requests and appeal, are arbitrary and capricious, an abuse of discretion and otherwise not in accordance with law.


## CLAIM THREE - DECLARATORY JUDGMENT ACT

78.    Plaintiff incorporates by reference the preceding paragraphs as though fully set forth herein.

79.    Pursuant to 28 U.S.C. § 2201, Plaintiff is entitled to a declaratory judgement that Defendant violated FOIA by failing to provide all records responsive to Plaintiff's FOIA requests prior to filing this action.

80.    Pursuant to 28 U.S.C. § 2201, Plaintiff is entitled to a declaratory judgement that Defendant violated FOIA by failing to conduct an adequate search for documents requested by Plaintiff in his FOIA requests.


## REQUEST FOR RELIEF

FOR THESE REASONS, Plaintiff respectfully requests that this Court enter judgment providing the following relief:

1. Declare that the DOJ violated the FOIA by failing to provide Plaintiff with all records responsive to the June 20, 1996 requests;

2. Declare that the DOJ violated the FOIA by failing to conduct an adequate search for the documents requested by Plaintiff in his June 20, 1996 FOIA requests;

3. Declare that the DOJ violated FOIA by not responding to Plaintiff's FOIA appeals within 20 business days of filing the appeals;

4. Declare that the DOJ violated FOIA by improperly denying Plaintiff's request for a public interest waiver of fees associated with release of the requested records;

5. Enjoin the DOJ to immediately conduct an adequate search for the records requested by Plaintiff;

6. Enjoin the DOJ from withholding the requested records and order the production of all records improperly withheld from Plaintiff;

7. Enjoin the DOJ provide a public interest fee waiver for all records released to Plaintiff;

8. Grant Plaintiff his costs of litigation, including reasonable attorney fees, as provided by FOIA, 5 U.S.C. § 552(a)(4)(E); and

9. Provide such other relief as the Court deems just and proper.


November 5, 2007                          RESPECTFULLY SUBMITTED,



                                    _____
                                    Paul Wolf
                                    DC Bar #480285
                                    PO Box 11244
                                    Washington DC 20010
                                    (202) 674-9653
                                    (202) 364-6188 (fax)

Exhibit 1

## Freedom of Information / Privacy Act

### Request Act Of 1974

TO: Executive Office Of U.S.ATTORNEY                    FROM:WILLIAM F.KENNEY
FRE'['`OM OF INFORMATION /PRIVACY        UNIT           # 00984-049
                                                        P.O. BOX 1000
`^'`^ `8`. ST. N.W ROOM 7100                            LEWISBURG,PA
WASHINGTON D.C. 20530                                            17837

DATE: JUNE 20,1996

Pursuant to Title 5 U.S.C. 552 and 552a, and all other releven
t sections and parts there of,I the undersigned, also identified
above in the upper right-hand section,hereby respectfully request
that your agency provide me with the following records maintained
at your agecy:

#1. Any and all systems,Computer Print Outs,Data Banks,Files and
Documents,Agents,U.S. Attorney's and Assistant U.S. Attorney's
Notes,Deals and/or Agreements for Cooperation,Dossiers,Tapes and
or other recordings,Transcripts,Local and State Police Reports,
Statements,Memorandoms of Any Agent or Representative of your
Agency,specifically,but not limited to,The Indictment and
Conviction of Myself and others in relation to the Prosecution
of our case in the District of New Hampshire Titled **U.S.v.Charles
"Chucky" Flynn et all.** on the date Oct.6 1992.

#2. Any local,State or Federal Reports,302's,inserts,209's,
fieldnotes,interviews,identification's,deals for cooperation
or any other statements etc. in regards to the robbery of the
Demoulas Market Basket,a supermarket in Portsmouth,New Hampshire
on April 13,1991.

#3. Any Local,State or Federal RePorts,302's,inserts,209's
fieldnotes,interviews,identification's,deals for cooperation
or any other statements ect. in regards to the robbery of an
employee for the Dress Barn while attempting to make a deposit
into the night depository at the First National Bank of Ports-
mouth,New Hampshire on June 7,1991.

#4. Any and all Local,State or Federal Reports,302's,Inserts,
209's,Fieldnotes,Interviews,Identifications,Deals for coopera-
tion,Wittness Statements or any statements etc.in regards the
armed robbery of the home of James Fitzpatrick, the owner of
a chain of stores known as Lighthouse Markets,Inc.,in Hampton
New Hampshire og August 3,1991.

#5. Any and all Local,State or Federal Reports,302's,Inserts
209's,fieldnotes,Interviews,Identifications,Deals for coopera
tion,Wittness Statements or any other statements etc.made in
regards to the armed robbery of the person of James Fitzpatrick
after he made his night rounds to collect reciepts at each of
his stores on August 17,1991.

(1)

#6. Any and all Local, State or Federal Reports, 302's, Inserts, 209's, Fieldnotes, Interviews, Identifications, Deals for Coopera- tion, Wittness statements or any other statements etc. made in regards to the armed robbery of The First New Hampshire Bank in Stratham, New Hampshire on September 9 1991.

#7. Any and ALL notes in regards to this conviction from The U.S. Marshalls Office, The A.T.F., F.B.I., D.E.A., U.S. CUSTOMS, U.S. POSTAL SERVICE, BOP, U.S. ATTORNEY'S OFFICE OF NEW HAMPSHIRE AND MASSACHUSETTES from 1990 to the present.
#8. A list of Wittnesses interviewed whether or not they were called to testify in this case.

#9. The full and complete criminal record of any wittness the government relied on at trial, including, but not limited to, any pending charges.

#10. A full and complete Statement of any and all criminal con- duct which the government has/had knowledge pertaining to any cooperating wittness against myself and others which they test ified and was not reveiled to the defendants in the above conv- iction.

#11. The full and complete statement of any and all promises , rewards, and/or inducements of any kind made by the Government, its prosecutors, agencies, or its agents, or by any state acting acting as a result of an explicit or implicit request by the government to induce or encourage the giving of testimony or    information and made to any prospective wittness whom the government did or did not call to testify in relation to this investigation.

#12. The disclosure of whether any government wittness had/has been hospitilized for psychiatric disorders, alcohol or drug abuse.

#13. Any information pertaining to any wittness as to when, specifically, was each wittness placed in a protection program or relocated, The specific date.

#14. The amount of money given, spent, reimbursed, set aside and or any "bonus" cash provided to any of the wittness's.

#15. The dates of any interviews conducted with any wittness who gave information in any way, shape or form in regards to myself or any of my codefendents Charles Flynn, or Gary Neil.

#16. All information /reports in your custody which were pro- vided or turned over to the Government by the Boston Police Department, Suffolk County District Attorney's Office, New Hamp- shire State Police, Hampton Police, Stratham Police, Massachusettes State Police, Portsmouth Police, Phoenix Police, Upland Police or any other Group or Agency in regards to Myself, William F. Kenney, or Codefendents Charles Flynn or Gary Neil.

#17. Any reports ,notes,write ups,etc.in regards to any other allegations ,suspicions or the like in relation to any other suspected criminal activity committed by myself or my codefedant s, Charle Flynn or Gary Neil.

Your Agency may redact the names of individuals who are metio- ned in each document for the purpose of protecting their rights to personal privacy.

If there are applicable rules and regulations governing your agency in such matters, please forward them to me so that I might comply with them per the FOIA Act of 1974.
If for any reason any of the above requested information or material is deemed to be privileged and exempt under FOI, please specify  the statutory reason for the exemption,the name and title of the person making the decision to withhold the material
In accordance with the FOI/PA your agency has 10 working days to respond to this request.In the event no response is made to this request,it will be deemed a denial, and judicial remedy will be sought.

Thank you for your consideration in this matter.

Respectfully,_____

William F.KENNEY
#00984-049
P.O. BOX 1000
Lewisburg,PA
17837

(3)

<u>Freedom of Information / Privacy Act</u>

<u>Request Act Of 1974</u>

**TO: Federal** Bureau of Investigation          FROM:WILLIAM F.KENNEY
**Freedom of Information/Privacy Act**  UNIT       # 00984-049
935 Pennsylvania Ave., N.W.                       P.O. BOX 1000
**Washington, D.C. 20535**                        LEWISBURG,PA
                                                           17837


DATE: JUNE 20,1996


   Pursuant to Title 5 U.S.C. 552 and 552a, and all other releven
t sections and parts there of,I the undersigned, also identified
above in the upper right-hand section,hereby respectfully request
that your agency provide me with the following records maintained
at your agecy:

#1. Any and all systems,Computer Print Outs,Data Banks,Files and
Documents,Agents,U.S. Attorney's and Assistant U.S. Attorney's
Notes,Deals and/or Agreements for Cooperation,Dossiers,Tapes and
or other recordings,Transcripts,Local and State Police Reports,
Statements,Memorandoms of Any Agent or Representative of your
Agency,specifically,but not limited to,The Indictment and
Conviction of Myself and others in relation to the Prosecution
of our case in the District of New Hampshire Titled **U.S.v.Charles
"Chucky" Flynn et all.** on the date Oct.6 1992.

#2. Any local,State or Federal Reports,302's,inserts,209's,
fieldnotes,interviews,identification's,deals for cooperation
or any other statements etc. in regards to the robbery of the
Demoulas Market Basket,a supermarket in Portsmouth,New Hampshire
on April 13,1991.

#3. Any Local,State or Federal RePorts,302's,inserts,209's
fieldnotes,interviews,identification's,deals for cooperation
or any other statements ect. in regards to the robbery of an
employee for the Dress Barn while attempting to make a deposit
into the night depository at the First National Bank of Ports-
mouth,New Hampshire on June 7,1991.


#4. Any and all Local,State or Federal Reports,302's,Inserts,
209's,Fieldnotes,Interviews,Identifications,Deals for coopera-
tion,Wittness Statements or any statements etc.in regards the
armed robbery of the home of James Fitzpatrick, the owner of
a chain of stores known as Lighthouse Markets,Inc.,in Hampton
New Hampshire og August 3,1991.

#5. Any and all Local,State or Federal Reports,302's,Inserts
209's,fieldnotes,Interviews,Identifications,Deals for coopera
tion,Wittness Statements or any other statements etc.made in
regards to the armed robbery of the person of James Fitzpatrick
after  he made his night rounds to collect reciepts at each of
his stores on August 17,1991.

(1)

#6. Any and all Local,State or Federal Reports,302's,Inserts,
209's,Fieldnotes,Interviews,Identifications,Deals for Coopera-
tion,Wittness statements or any other statements etc. made in
regards to the armed robbery of The First New Hampshire Bank
in Stratham,New Hampshire on September 9 1991.

#7.Any and ALL notes in regards to this conviction from The
U.S. Marshalls Office,The A.T.F.,F.B.I.,D.E.A.,U.S.CUSTOMS,
U.S.POSTAL SERVICE,BOP,U.S.ATTORNEY'S OFFICE OF NEW HAMPSHIRE
AND MASSACHUSETTES from 1990 to the present.
#8.A list of Wittnesses interviewed whether or not they were
called to testify in this case.

#9.The full and complete criminal record of any wittness the
government relied on at trial,including,but not limited to,
any pending charges.

#10.A full and complete Statement of any and all criminal con-
duct which the government has/had knowledge pertaining to any
cooperating wittness against myself and others which they test
ified and was not reveiled to the defendants in the above conv-
iction.

#11. The full and complete statement of any and all promises ,
rewards,and/or inducements of any kind made by the Government,
its prosecutors,agencies,or its agents,or by any state acting
acting as a result of an explicit or implicit request by the
government to induce or encourage the giving of testimony or
information and made to any prospective wittness whom the
government did or did not call to testify in relation to this
investigation.

#12. The disclosure of whether any government wittness had/has
been hospitilized for psychiatric disorders,alcohol or drug
abuse.

#13. Any information pertaining to any wittness as to when,
specifically,was each wittness placed in a protection program
or relocated,The specific date.

#14. The amount of money given,spent,reimbursed,set aside and
or any "bonus" cash provided to any of the wittness's.

#15.The dates of any interviews conducted with any wittness
who gave information in any way, shape or form in regards
to myself or any of my codefendents Charles Flynn,or Gary
Neil.

#16.All information /reports in your custody which were pro-
vided or turned over to the Government by the Boston Police
Department,Suffolk County District Attorney's Office,New Hamp-
shire State Police,Hampton Police,Stratham Police,Massachusettes
State Police,Portsmouth Police,Phoenix Police,Upland Police
or any other Group or Agency in regards to Myself,William F.
Kenney, or Codefendents Charles Flynn or Gary Neil.

#17. Any reports ,notes,write ups,etc.in regards to any other allegations ,suspicions or the like in relation to any other suspected criminal activity committed by myself or my codefedant s, Charle Flynn or Gary Neil.

Your Agency may redact the names of individuals who are metioned in each document for the purpose of protecting their rights to personal privacy.

If there are applicable rules and regulations governing your agency in such matters, please forward them to me so that I might comply with them per the FOIA Act of 1974.
If for any reason any of the above requested information or material is deemed to be privileged and exempt under FOI, please specify  the statutory reason for the exemption,the name and title of the person making the decision to withhold the material
In accordance with the FOI/PA your agency has 10 working days to respond to this request.In the event no response is made to this request,it will be deemed a denial, and judicial remedy will be sought.

Thank you for your consideration in this matter.

Respectfully,_____

William F.KENNEY
#00984-049
P.O. BOX 1000
Lewisburg,PA
                        17837

Exhibit 2

**U.S. Department of Justice**                    **Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC  20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC  20503.

Full Name of Requester [1] ___Charles John Flynn___

Current Address ___Reg.# 00985-049, USP Lewisburg, P.O. Box 1000, Lewisburg, PA 178 ___

Date of Birth ___May 16, 1940___

Place of Birth ___Wilmington, Massachusetts___

Social Security Number [2] ___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___

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Charles Flynn_                    Date _7/22/97_

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**William Francis Kenney, Jr., Social Security # 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**

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95

## PRIVACY WAIVER OF CHARLES "CHUCKY" FLYNN

I, Charles "Chucky" Flynn, Social Security Number: 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, Date of Birth: May 16, 1940, Place of Birth: Wilmington, Massachusetts, do hereby swear under the pains and penalties of perjury that I do waive my right to privacy as to any and all records in the care and possession of any Federal, State or Local agency and I specifically allow my former Co-Defendant, William F. Kenney, Jr., to obtain, copy and reproduce any material from any such agency. I make this waiver without any reluctance nor reservation and beyond a reasonable doubt, so help me god.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by fine of not more than $5,000.

Dated this 22nd day of July, 1999.     _Charles Flynn_
                                        Charles "Chucky" Flynn


Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

William F. Kenney, Jr., Social Security Number: 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

Signed under the pains and penalties of perjury (28 U.S.C. § 1746)

                                        _Charles Flynn_
                                        Charles "Chucky" Flynn

## PRIVACY WAIVER OF CHARLES JOHN FLYNN

I, Charles John Flynn

Social Security Number: **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**

Date of Birth: **May 16, 1940**

Place of Birth: **Wilmington, Massachusetts**

Current Address: **P.O. Box 1000, U.S. Penitentiary, Lewisburg,**

**Pennsylvania 17837**

do hereby swear under the pains and penalties of perjury (28 U.S.C.
§ 1746) that I do hereby allow **William Francis Kenney, Jr.** to have
access to any and all Federal, State and Local records and
information in the possession of all Federal, State and Local
agencies that may have information and records that refer to me,
have my name affixed to them, and relate to me in their files
and indices. I allow **William Francis Kenney, Jr.** to obtain, copy
and reproduce all information and materials from any such agency.
I make this privacy waiver without any reluctance nor reservation
and beyond a reasonable doubt under my own free will, so help me
God.

I, Charles John Flynn, sign this privacy waiver under the pains and
penalties of perjury (28 U.S.C. § 1746) this 24th Day of April
of the year 2000, and affirm that the foregoing is true and correct.

Charles John Flynn

## PRIVACY WAIVER OF CHARLES JOHN FLYNN

I, Charles John Flynn

Social Security Number: **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**

Date of Birth: **May 16, 1940**

Place of Birth: **Wilmington, Massachusetts**

Current Address: **P.O. Box 1000, U.S. Penitentiary, Lewisburg,**

**Pennsylvania 17837**

do hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746) that I do hereby allow **William Francis Kenney, Jr.** to have access to any and all Federal, State and Local records and information in the possession of all Federal, State and Local agencies that may have information and records that refer to me, have my name affixed to them, and relate to me in their files and indices. I allow **William Francis Kenney, Jr.** to obtain, copy and reproduce all information and materials from any such agency. I make this privacy waiver without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, Charles John Flynn, sign this privacy waiver under the pains and penalties of perjury (28 U.S.C. § 1746) this 24th Day of April of the year 2000, and affirm that the foregoing is true and correct.

_Charles John Flynn_
Charles John Flynn

**U.S. Department of Justice**

Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Richard (Riddy) Ferguson, Jr. Middle Name: **Joseph**

Current Address  Room 524-320 First St N.W. Washington D.C. 2053

Date of Birth  November 23, 1961

Place of Birth Boston, Massachusetts

Social Security Number [2]  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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  _Richard J Ferguson_   Date _3-12-2000_

**Optional:** Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**William F. Kenney, Jr.,Reg.#00984-049,D.O.B:12/23/68,SS#: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,P.O.B:Cambridge,Massachusetts**
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

PRIVACY WAIVER OF RICHARD "RIDDY" FERGUSON

I, Richard "Riddy" Ferguson, Jr. Middle Name: Joseph

Social Security Number: 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

Date of Birth: **November 23, 1961**

Place of Birth: **Boston, Massachusetts**

Current Address: *Room 524 320 First St NW. Washington D.C. 20534*

do hereby swear under the pains and penalties of perjury (28
U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.**
to have access to any and all Federal, State, and Local agency's
records and information in the possession of all Federal, State,
and Local agency's that may have records and information that
refer to me, have my name affixed to them and relate to me in
their files and indices. I allow **William F. Kenney, Jr.** to
obtain, copy, and reproduce all material from any such agency.
I make this privacy waiver without any reluctance nor
reservation and beyond a reasonable doubt under my own free will,
so help me god.

I, Richard "Riddy" Ferguson, sign this privacy waiver under the
pains and penalties of perjury (28 U.S.C. § 1746) this ___13___
day of __March__ of the year 2000, and affirm that the
foregoing is true and correct.

*Richard J Ferguson*
Richard "Riddy" Ferguson, Jr.

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _BRIAN John RAINERI Sr._

Current Address _521 Andover ST. Lawrence, Ma. 01843_

Date of Birth _JANUARY 5, 1952_

Place of Birth _Lawrence, Ma. 01843_

Social Security Number [2] _0+5-38-9099_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Brian J Ranieri Sr._         Date _4-14-00_

---

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## William F. Kenney, Jr. and Charles J. Flynn and their attorneys

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

## PRIVACY WAIVER OF BRIAN J. RAINERI, Sr.

I, Brian J. Raineri, Sr.  Middle Name: John

Social Security Number: _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_

Date of Birth: **January 5, 1952**

Place of Birth: **Lawrence, Massachusetts**

Current Address: _521 Andover St_
_Lawrence, Mass 01843_

do hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.** and **Charles J. Flynn** to have access to any and all Federal, State and Local records and information in the possession of all Federal, State and Local agencies that may have information and records that refer to me, have my name affixed to them, and relate to me in their files and indices. I allow **William F. Kenney Jr.** and **Charles J. Flynn** to obtain, copy, and reproduce all information and materials from any such agency. I make this privacy waiver without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, Brian J. Raineri, sign this privacy waiver under the pains and penalties of perjury (28 U.S.C. § 1746) this _14_ Day of _APRIL_ of the year 2000, and affirm that the foregoing is true and correct.

Brian J. Raineri, Sr.

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

**Public reporting burden** for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   **Tanya Marie Ferguson**

Current Address   **3807 Madison Street, Riverside, California   92804**

Date of Birth   **August 8, 1972**

Place of Birth   **Boston, Massachusetts**

Social Security Number [2]   **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Tanya Ferguson_        Date **2/15/2000**

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**William F. Kenney, Jr.,Reg.# 00984-049,D.O.B:12/23/68,SS#: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,P.O.B:Cambridge,Massachusetts.**
(Print or Type Name)

[1] **Name** of individual who is the subject of the record sought.
[2] **Providing** your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] **Signature** of individual who is the subject of the record sought.

## PRIVACY WAIVER OF TANYA MARIE FERGUSON

I, Tanya Marie Ferguson

Social Security Number: **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**

Date of Birth: **August 8, 1972**

Place of Birth: **Boston, Massachusetts**

Current Address: **3807 Madison St., Riverside, California 92804**

do hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.** to have access to any and all Federal, State, and Local records and information that is in the possession of all Federal, State and Local agencies that may have records and information that refer to me, have my name affixed to them and relate to me in their files and indices. I allow **William F. Kenney, Jr.** to obtain, copy and reproduce any material from any such agency. I make this privacy waiver without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me god.

I, Tanya Marie Ferguson, sign this privacy waiver under the pains and penalties of perjury (28 U.S.C. § 1746) this 15th day of February of the year 2000, and affirm that the foregoing is true and correct.

*Tanya Marie Ferguson*
Tanya Marie Ferguson

U.S. Department of Justice

# Certification of Identity



---

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

**Public reporting burden** for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   **Patricia M. Ferguson   Middle Name: Mary**

Current Address  **3807 Madison Street, Riverside, California 92804**

Date of Birth  **September 6, 1951**

Place of Birth  **Boston, Massachusetts**

Social Security Number [2]   **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Pat Mary Ferg_   Date _5/24/02_

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**William F. Kenney, Jr.,D.O.B:12/23/68,P.O.B:Cambridge,MA,SS#: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**

(Print or Type Name)

---

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

## PRIVACY WAIVER/DECLARATION OF PATRICIA M. FERGUSON

I, Patricia M. Ferguson  Middle Name: Mary

Social Security Number: **010-44-~~XXXXX~~-5343**

Date of Birth: **September 6, 1951**

Place of Birth: **Boston, Massachusetts**

Current Address: **3807 Madison Street, Riverside, California 92804**

do hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.** to have access to any and all Federal, State and Local records and information that is in the possession of all Federal, State and Local agencies that may have records and information that refer to me, have my name affixed to them and relate to me in their files and indices. I allow **William F. Kenney, Jr.** to obtain, copy and reproduce any material from any such agency. I make this privacy waiver/declaration without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, Patricia M. Ferguson, sign this privacy waiver/declaration under the pains and penalties of perjury (28 U.S.C. § 1746) this 24th Day of May of the year 2000, and affirm that the foregoing is true and correct.

_Patricia M. Ferguson_

U.S. Department of Justice

## Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Gary Neal        Middle Name "Patrick"

Current Address  33 Fulkerson Street, Cambridge, Massachusetts 02141

Date of Birth   June 19, 1952

Place of Birth   Christopher, Illinois

Social Security Number [2]   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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  X _Gary Patrick Neal_         Date  3/6/00

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:
William F. Kenney,Jr.,D.O.B:12/23/68,SSI#: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,P.O.B:Cambridge, Mass.   and

Charles J. Flynn                    (Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

## PRIVACY WAIVER OF GARY NEAL

I, Gary Patrick Neal

Social Security Number: **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**

Date of Birth: **June 19, 1952**

Place of Birth: **Boston, Massachusetts**

Current Address: **33 Fulkerson Street, Cambridge, Massachusetts**

**02141**

do hereby swear under the pains and penalties of perjury (28
U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.**
and **Charles J. Flynn** to have access to any and all Federal, State,
and Local records and information that is in the possession of
all Federal, State, and Local agencies that may have records and
information that refer to me, have my name affixed to them, and
relate to me in their files and indices. I allow **William F.
Kenney, Jr.** and **Charles J. Flynn** to obtain, copy, and reproduce
any material from any such agency. I make this privacy waiver
without any reluctance nor reservation and beyond a reasonable
doubt under my own free will, so help me God.

I, Gary Patrick Neal, sign this privacy waiver under the pains
and penalties of perjury (28 U.S.C. § 1746) this 17th day of
February of the year 2000, and affirm that the foregoing is true
and correct.

Gary Patrick Neal

## PRIVACY WAIVER OF GARY NEAL

I, Gary Patrick Neal

Social Security Number: **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**

Date of Birth: **June 19, 1952**

Place of Birth: **Boston, Massachusetts**

Current Address: **33 Fulkerson Street, Cambridge, Massachusetts**

**02141**

do hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.** and **Charles J. Flynn** to have access to any and all Federal, State, and Local records and information that is in the possession of all Federal, State, and Local agencies that may have records and information that refer to me, have my name affixed to them, and relate to me in their files and indices. I allow **William F. Kenney, Jr.** and **Charles J. Flynn** to obtain, copy, and reproduce any material from any such agency. I make this privacy waiver without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, Gary Patrick Neal, sign this privacy waiver under the pains and penalties of perjury (28 U.S.C. § 1746) this 17th day of February of the year 2000, and affirm that the foregoing is true and correct.

_Gary Patrick Neal_
Gary Patrick Neal

**U.S. Department of Justice**                    **Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   **Gerard O'Keefe  a/k/a/ "Gerry", Jr.  Middle Name:Patrick**

Current Address  **9 Flynn Way, Wilmington, Massachusetts 01887**

Date of Birth  **December 17, 1957**

Place of Birth  **Winchester, Massachusetts**

Social Security Number [2]   **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  _Gerard O'Keefe_                    Date _May 20 2000_

#### Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Charles J. Flynn and William F. Kenney, Jr. and their attorneys**

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

## PRIVACY WAIVER/DECLARATION OF GERARD O'KEEFE, Jr.

I, Gerard O'Keefe, Jr. Middle Name: Patrick

Social Security Number: **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**

Date of Birth: **December 17, 1957**

Place of Birth: **Winchester, Massachusetts**

Current Address: **9 Flynn Way, Wilmington, Massachusetts 01887**

do hereby declare under the penalty of perjury (28 U.S.C. § 1746)
that I do hereby allow **Charles J. Flynn** and **William F. Kenney, Jr.**
to have access to any and all Federal, State and Local records
and information that is in the possession of all Federal, State
and Local agencies that may have records and information that refer
to me, have my name affixed to them and relate to me in their
files and indices. I allow **Charles J. Flynn** and **William F. Kenney,
Jr.** to obtain, copy and reproduce any material from any such
agency. I make this privacy waiver/declaration without any
reluctance nor reservation and beyond a reasonable doubt under my
own free will, so help me God.

I, Gerard O'Keefe, sign this privacy waiver under the pains and
penalties of perjury (28 U.S.C. § 1746) this 2/ st day of
_May_____ of the year 2000, and affirm that the foregoing
is true and correct.

_Gerard O'Keefe_
Gerard O'Keefe, Jr.

**U.S. Department of Justice**              Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   **Gaetano "Gussy" Cavallaro**

Current Address   **39 Lewis Street, Everett, Massachusetts 02149**

Date of Birth   **September 23, 1960**

Place of Birth   **Cambridge, Massachusetts**

Social Security Number [2]   **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Gaetano Cavallaro_              Date **3/27/00**

---

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**William F. Kenney, and Charles J. Flynn**

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

## PRIVACY WAIVER OF GAETANO "GUSSY" CAVALLARO

I, Gaetano "Gussy" Cavallaro

Social Security Number: **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**

Date of Birth: **September 23, 1960**

Place of Birth: **Cambridge, Massachusetts**

Current Address: **39 Lewis Street, Everett, Massachusetts 02149**

do hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.** and **Charles J. Flynn** to have access to any and all Federal, State and Local records and information in the Possession of all Federal, State and Local agencies that may have information and records that refer to me, have my name affixed to them, and relate to me in their files and indices. I allow **William F. Kenney, Jr.** and **Charles J. Flynn** to obtain, copy, and reproduce all information and material from any such agency. I make this privacy waiver without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, Gaetano "Gussy" Cavallaro, sign this privacy waiver under the pains and penalties of perjury (28 U.S.C. § 1746) this **27** Day of **MARCH** of the year 2000, and affirm that the foregoing is true and correct.

Gaetano "Gussy" Cavallaro

**U.S. Department of Justice**

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

**Public reporting** burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  **Linda/Lynda Ellen        Decarlo**

Current Address  **405 Silverwood Avenue, Apt. B, Upland, California 91786**

Date of Birth  **May 7, 1960**

Place of Birth  **Brockton, Massachusetts**

Social Security Number [2]  **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____    Date __5/29/00__

---

### Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:
**William Francis Kenney, Jr. and his attorney(s)**

(Print or Type Name)

---

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98

## PRIVACY WAIVER/DECLARATION OF LINDA/LYNDA ELLEN    DECARLO

I, Linda/Lynda Ellen     Decarlo

Social Security Number:__**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**_____

Date of Birth:_**May 7, 1960**_____

Place of Birth:_**Brockton, Massachusetts**_____

Current Address:_**405 Silverwood Avenue, Apt. B, Upland, California**

**91786**_____

do hereby swear and declare under penalty of perjury (28 U.S.C.
§ 1746) that I do hereby allow **William Francis Kenney, Jr.** to have
access to any and all Federal, State and Local records and
information in the possession of all Federal, State and Local
agencies that may have information and records that refer to me,
have my name affixed to them, and relate to me in their files and
indices. I allow **William Francis Kenney, Jr.** to obtain, copy and
reproduce all information and records from any such agency(s). I
make this privacy waiver/declaration without any reservation nor
reluctance and beyond a reasonable doubt under my own free will,
so help me God.

I, Linda/Lynda Ellen     Decarlo, sign this privacy waiver/
declaration under the penalty of perjury (28 U.S.C. § 1746) this
_29_ day of _____ of the year 2000, and affirm that the
foregoing is true and correct.

_____
Linda/Lynda Ellen     Decarlo

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

**Public reporting** burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   **Stanley Yassen**

Current Address   **17 High Street, Apt. #5, Whitefield, New Hampshire 03598**

Date of Birth   **March 13, 1939**

Place of Birth   **Boston, Massachusetts**

Social Security Number [2]   **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [3]   _Stanley Yassen_      Date _5-26-00_

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:
**William F. Kenney, Jr,D.O.B:12/23/68,P.O.B:Cambridge,MA,SS#: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**

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

### PRIVACY WAIVER/DECLARATION OF STANLEY YASSEN

I, Stanley Yassen

Social Security Number: **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**

Date of Birth: **March 13, 1939**

Place of Birth: **Boston, Massachusetts**

Current Address: **17 High Street, Apt. #5, Whitefield, New Hampshire**

**03598**

do hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.** to have access to any and all Federal, State and Local records and information in the possession of all Federal, State and Local agencies that may have information and records that refer to me, have my name affixed to them, and relate to me in their files and indices. I allow **William F. Kenney, Jr.** to obtain, copy and reproduce all information and materials from any such agency. I make this privacy waiver/declaration without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, Stanley Yassen, sign this privacy waiver/declaration under the pains and penalties of perjury (28 U.S.C. § 1746) this _26_ Day of May of the year 2000, and affirm that the foregoing is true and correct.

_____
Stanley Yassen

**U.S. Department of Justice**                                     **Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

**Public reporting** burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    **Geraldine Dietz Yassen**

Current Address    **17 High Street, Apt.#5, Whitefield, New Hampshire 03598**

Date of Birth    **September 18, 1942**

Place of Birth    **Newark, New Jersey**

Social Security Number [2]    **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]    *Geraldine Dietz Yassen*        Date **5/26/2000**

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:
**William F. Kenney, Jr.,D.O.B:12/23/68,P.O.B:Cambridge, MA,SS#: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**

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98

## PRIVACY WAIVER/DECLARATION OF GERALDINE DIETZ YASSEN

I, Geraldine Dietz Yassen

Social Security Number: **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**

Date of Birth: **September 18, 1942**

Place of Birth: **Newark, New Jersey**

Current Address: **17 High Street, Apt. # 5, Whitefield, New Hampshire**

**03598**

**do** hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746)that I do hereby allow **William F. Kenney, Jr.** to have access **to** any and all Federal, State and Local records and information **in** the possession of all Federal, State and Local agencies that may **have** information and records that refer to me, have my name affixed **to** them, and relate to me in their files and indices. I allow **William F. Kenney, Jr.** to obtain, copy and reproduce all information **and** materials from any such agency. I make this privacy waiver/ declaration without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, Geraldine Dietz Yassen, sign this privacy waiver/declaration under the pains and penalties of perjury (28 U.S.C. § 1746) this **26th** Day of May of the year 2000, and affirm that the foregoing **is true** and correct.

_Geraldine Dietz Yassen_
Geraldine Dietz Yassen

**U.S. Department of Justice**                    Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

**Public reporting** burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] **BRUCE T. RAINERI**

Current Address     **F.C.I. Ray Brook, P.O. Box 9006, Ray Brook, New York 12977**
~~FXMXCXXDLVDDSXPXCXXBDXXBVDXXXXXXXMASSACHUSXXXXXXXXXX~~

Date of Birth     **JULY 19, 1950**

Place of Birth     **LAWRENCE, MASSACHUSETTS**

Social Security Number [2] **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Bruce T. Raineri_     Date **April 5, 2000**

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**CHARLES J. FLYNN AND/OR WILLIAM KENNY (William F. Kenney, Jr.)**

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98                    FORM DOJ-361
FEB. 95

## PRIVACY WAIVER OF BRUCE T. RAINERI

I, Bruce T. Raineri

Social Security Number: **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**

Date of Birth: **July 19, 1950**

Place of Birth: **Lawrence, Massachusetts**

Current Address: **Reg. No. 19006-038, Federal Correctional**

**Institution Ray Brook, P.O. Box 9006, Ray Brook, New York** 12977

do hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.** and **Charles J. Flynn** to have access to any and all Federal, State and Local records and information in the possession of all Federal, State and Local agencies that may have information and records that refer to me, have my name affixed to them, and relate to me in their files and indices. I allow **William F. Kenney, Jr.** and **Charles J. Flynn** to obtain, copy, and reproduce all information and materials from any such agency. I make this privacy waiver without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, Bruce T. Raineri, sign this privacy waiver under the pains and penalties of perjury (28 U.S.C. § 1746) this _5th_ Day of ___April___ of the year 2000, and affirm that the foregoing is true and correct.

_Bruce T. Raineri_
Bruce T. Raineri

**U.S. Department of Justice**                    **Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

**Public reporting** burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]     **Ronald Patrick Fitzgerald**

Current Address     **20 Farina Road, Hull, Massachusetts 02045**

Date of Birth     **March 5, 1948**

Place of Birth     **Boston (Dorchester), Massachusetts**

Social Security Number [2]     **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [3]   *Ronald J. Fitzgerald*        Date   **May 25, 2000**

---

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**William F. Kenney, Jr.,D.O.B:12/23/68,P.O.B:Cambridge,MA,SS#: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**

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

## PRIVACY WAIVER/DECLARATION OF RONALD PATRICK FITZGERALD

I, Ronald Patrick Fitzgerald

Social Security Number: **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**

Date of Birth: **March 5, 1948**

Place of Birth: **Boston (Dorchester), Massachusetts**

Current Address: **20 Farina Road, Hull, Massachusetts 02045**

---

do hereby swear under the pains and penalties of perjury (28 U.S.C. 1746) that I do hereby allow **William F. Kenney, Jr.** to have access to any and all Federal, State and Local records and information in the possession of all Federal, State and Local agencies that may have information and records that refer to me, have my name affixed to them, and relate to me in their files and indices. I allow **William F. Kenney, Jr.** to obtain, copy and reproduce all information and materials from any such agency. I make this privacy waiver/declaration without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, Ronald Patrick Fitzgerald, sign this privacy waiver/declaration under the pains and penalties of perjury (28 U.S.C. § 1746) this _25TH_ Day of May of the year 2000, and affirm that the foregoing is true and correct.

Ronald Patrick Fitzgerald



**U.S. Department of Justice**

# Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

**Public reporting** burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    **James J. Hufnagle**

Current Address *191 CHESTNUT ST DUXBURY mA/ P.O. BOX 141 BRANT ROCK MA.* *mailing Address 02*

Date of Birth **June 11, 1955**

Place of Birth **Brighton, Massachusetts**

Social Security Number [2] **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] *James J Hufnagly*    Date *6/28/00*

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Charles J. Flynn and William F. Kenney, Jr. and their attorneys**

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98

## PRIVACY WAIVER OF JAMES J. HUFNAGLE

I, James J. Hufnagle,

Social Security Number: **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**

Date of Birth: **June 11, 1955**

Place of Birth: **Brighton, Massachusetts**

Current Address: *191 CHESTNUT ST DUXBURY MA.*

*MAILING AddRESS P.O. BOX 141 BRANT ROCK MA 02020*

do hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.** and **Charles J. Flynn** to have access to any and all Federal, State and Local records and information in the possession of all Federal, State and Local agencies that may have records and information that refer to me, have my name affixed to them, and relate to me in their files and indices. I allow **William F. Kenney, Jr.** and **Charles J. Flynn** to obtain, copy, and reproduce all information and material from any such agency. I make this privacy waiver without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, James J. Hufnagle, sign this privacy waiver under the pains and penalties of perjury (28 U.S.C. § 1746) this *29* Day of *JUNE* of the year 2000, and affirm that the foregoing is true and correct to the best of my belief and knowledge.

James J. Hufnagle



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    **Bernard Grossberg**    Middle Name: _____

Current Address  **99 Summer Street, Suite 1620, Boston, Massachusetts 02118**

Date of Birth _____ 5/10/45 _____

Place of Birth _____ Fayetville, N.C. _____

Social Security Number [2] ___ 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 _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____    Date ___ 5/18/20 ___

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**William Francis Kenney, Jr.,Reg.#00984-049,D.O.B:12/23/68,P.O.B:Cambridge,M**

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

## PRIVACY WAIVER OF BERNARD GROSSBERG

I, Bernard Grossberg        Middle Name:


Social Security Number:    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

Date of Birth:             5/10/45

Place of Birth:            Fayetville, N.C.

Current Address: **99 Summer Street, Suite 1620, Boston, MA 02118**


do hereby swear and declare under penalty of perjury (28 U.S.C. § 1746) that I do hereby all **William Francis Kenney, Jr.** to have access to any and all Federal, State and Local agency's records and information in the possession of all Federal, State and Local agencies that may have records and information that refer to me, **have** my name affixed to them and relate to me in their files and indices. I allow **William Francis Kenney, Jr.** to obtain, copy and reproduce all material from any such agency. I make this privacy **waiver** without any reluctance nor reservation and beyond a reasonable doubt under my own free will.

I, Bernard Grossberg, sign this privacy waiver under the penalty of perjury (28 U.S.C. § 1746) and pursuant to the dictates of **Summers v. U.S. Dept. of Justice**, 999 F.2d 570 (D.C. Cir. 1993) this ___ day of _____, 2000, and affirm that the foregoing is true and correct.

_____
Bernard Grossberg

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

**Public reporting** burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division. U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  **Glenn R. Kerivan**

Current Address  _34 WCbcowET RoAd          ARhingTon MA 02479_
_114B Sunnyside Avenue, Arlington, Massachusetts 02474_

Date of Birth  **June 29, 1959**

Place of Birth  _ARLingTon , MA , 02474_

Social Security Number [2]  **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [3]  _Glenn Kerivan_          Date  _1/20/0_

---

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## William F. Kenney, Jr.,Reg.#00984-049 and Charles J. Flynn, Reg.#00985-049

(Print or Type Name)

[1] **Name** of individual who is the subject of the record sought.
[2] **Providing** your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] **Signature** of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95

## PRIVACY WAIVER OF GLENN R. KERIVAN

I, Glenn R. Kerivan

Social Security Number: __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__

Date of Birth: __June 29, 1959__

Place of Birth: _ARlington, MA     02474_

Current Address: ~~114B Sunnyside Avenue~~, Arlington, Massachusetts

__02474__   34 Webcowet Road, Arlington, MA 02474

do hereby swear under the pains and penalties of perjury (28 U.S.C. § 1746) that I do hereby allow **William F. Kenney, Jr.** and **Charles J. Flynn** to have access to any and all Federal, State and Local records and information in the possession of all Federal, State and Local agencies that may have information and records that refer to me, have my name affixed to them, and relate to me in their files and indices. I allow **William F. Kenney, Jr.** and **Charles J. Flynn** to obtain, copy, and reproduce all information and material from any such agency. I make this privacy waiver without any reluctance nor reservation and beyond a reasonable doubt under my own free will, so help me God.

I, Glenn R. Kerivan, sign this privacy waiver under the pains and penalties of perjury (28 U.S.C. § 1746) this _3/ʳ_ Day of _January_ of the year 200_8_, and affirm that all of the foregoing is true and correct to the best of my belief, and knowledge.

_Glenn Kerivan_
Glenn R. Kerivan

## PRIVACY WAIVER OF WILLIAM FRANCIS KENNEY, JR.

I, William Francis Kenney, Jr.

Social Security Number: **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**

Date of Birth: **December 23, 1968**

Place of Birth: **Cambridge, Massachusetts**

Current Address: **P.O. Box 1000, U.S. Penitentiary, Lewisburg,**

**Pennsylvania 17837**

do hereby swear and declare under the penalty of perjury (28 U.S.C.
§ 1746) that I am the person named herein. I have obtained all of
the aforementioned persons' permission to receive, copy and
reproduce all of their information and records that are in the
possession of your agency and others.

I, William Francis Kenney, Jr., sign this privacy waiver under the
penalty of perjury (28 U.S.C. § 1746) this 9th day of June of the
year 2000 and affirm that all of the foregoing is true and correct.

_____
William Francis Kenney, Jr.

TYPE/PRINT
IN
PERMANENT
BLACK INK.
FOR
INSTRUCTIONS
SEE OTHER SIDE
AND HANDBOOK.

MISSOURI DEPARTMENT OF HEALTH
# CERTIFICATE OF DEATH

STATE FILE NUMBER

REGISTRATION DISTRICT NO. **077**     REGISTRAR'S NUMBER

**124 -**

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|
| Robert F. Ferguson Jr | Male | April 4, 1994 |

| 4. SOCIAL SECURITY NO. | 5a. AGE - Last Birthday (Years) | 5b. UNDER 1 YEAR MONTHS DAYS | 5c. UNDER 1 DAY HOURS MINUTES | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| 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 | 35 | | | July 4, 1958 | Somerville, Massachusetts |

8. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☐ Yes ☒ No ☐ Unk.

9a. PLACE OF DEATH (check only one; see instructions on other side)

HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA   OTHER: ☐ Nursing Home ☐ Residence ☐ Other (specify)

| 9b. FACILITY NAME (If not institution, give street and number) | 9c. CITY, TOWN, OR LOCATION OF DEATH | 9d. COUNTY OF DEATH |
|---|---|---|
| Medical Center for Federal Prisoners | Springfield | Greene |

| 10. MARITAL STATUS - Married, Never Married, Widowed, Divorced (Specify) | 11. SURVIVING SPOUSE'S NAME (If wife, give full maiden name) | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 12b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| Never married | NA | Dishwasher | Restaurant |

| 13a. RESIDENCE - STATE | 13b. COUNTY | 13c. CITY, TOWN, OR LOCATION | 13d. ZIP CODE |
|---|---|---|---|
| Missouri | Greene | Springfield | 65807-4000 |

| 13e. STREET AND NUMBER | 13f. INSIDE CITY LIMITS | 13g. YEARS AT PRESENT ADDRESS |
|---|---|---|
| 1900 West Sunshine | ☒ Yes ☐ No | ☒ Under 5 ☐ 5-9 ☐ 10-19 ☐ 20 or more |

| 14. WAS DECEDENT OF HISPANIC ORIGIN (Specify No or Yes - If yes, specify Cuban, Mexican, Puerto Rican, etc.) | 15. RACE - American Indian, Black, White, etc. (Specify) | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) |
|---|---|---|
| ☒ No ☐ Yes  Specify: | White | Elementary/Secondary (0-12)  College (1-4 or 5+)  7th |

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Patrick Ferguson | Margaret Lynch Ferguson |

| 19a. INFORMANT'S NAME (Type/Print) | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| MCFP Files | 1900 West Sunshine, Springfield, MO 65807-4000 |

| 20a. BURIAL, CREMATION, OTHER (Specify) | 20b. DATE OF DISPOSITION (Month, Day, Year) | 20c. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 20d. LOCATION - City or Town, State |
|---|---|---|---|
| Cremation | April 8, 1994 | Live Oaks Crematorium | Monroveo, California |

| 21. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH | 22a. NAME AND ADDRESS OF FACILITY | 22b. FUNERAL ESTABLISHMENT LICENSE NUMBER |
|---|---|---|
| *(signature)* | Walnut Lawn Funeral Home 2001 W. Walnut Lawn, Springfield, MO 65807 | 2115 |

23. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) ➤  a. Stroke — Minutes

DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST

b. Diabetic vascular disease — Many years

DUE TO (OR AS A CONSEQUENCE OF):

c.

DUE TO (OR AS A CONSEQUENCE OF):

d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

Chronic renal failure
Old myocardial infarction
Hepatitis B

| 24. IF DECEASED WAS FEMALE 10-49, WAS SHE PREGNANT IN THE LAST 90 DAYS? | 25a. WAS AN AUTOPSY PERFORMED? | 25b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| ☐ Yes ☐ No ☐ Unk. | ☐ Yes ☒ No | ☐ Yes ☐ No |

| 26. MANNER OF DEATH | 27a. DATE OF INJURY (Month, Day, Year) | 27b. TIME OF INJURY | 27c. WAS INJURY ALCOHOL-RELATED? (Not limited to decedent) | 27d. INJURY AT WORK? | 27e. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|---|
| ☒ Natural ☐ Pending Investigation ☐ Accident ☐ Could not be Determined ☐ Suicide ☐ Homicide | | M | ☐ Yes ☐ No ☐ Unk. | ☐ Yes ☐ No ☐ Unk. | |

27f. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (specify)

27g. LOCATION (Street and Number or Rural Route Number, City or Town, State)

| 28a. (Specify) | 28b. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. | 28c. DATE SIGNED (Month, Day, Year) | 28d. TIME OF DEATH |
|---|---|---|---|
| ☒ CERTIFYING PHYSICIAN ☐ MEDICAL EXAMINER/CORONER | (Signature and Title) ➤ *(signature)* | 4/7/94 | |

0638

# CERTIFICATION OF VITAL RECORD

## STATE OF MAINE
### STATE OF MAINE
DEPARTMENT OF HUMAN SERVICES
### CERTIFICATE OF DEATH

NAME KNOWN TO PHYSICIAN

(118) 92  01685
State File No.

| 1a. FIRST NAME | 1b. MIDDLE NAME | 1c. LAST NAME | 1d. JR. ETC. |
|---|---|---|---|
| CHARLES | GEORGE | PETRALIA | |

| 2. DATE OF DEATH (Mo., Day, Yr.) | 3. SEX | 4. SOCIAL SECURITY NUMBER | 5a. AGE (Yrs.) | 5b. UNDER 1 YEAR | | 5c. UNDER 1 DAY | | 6. DATE OF BIRTH (Mo., Day, Yr.) |
|---|---|---|---|---|---|---|---|---|
| | | | | Months | Days | Hours | Minutes | |
| FEB.9,1992 | MALE | 012 - 34 - 2413 | 47 | | | | | JAN.13,1945 |

| 7. BIRTHPLACE (City and State or Foreign Country) | 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | 9. PLACE OF DEATH (Check only one, see instructions on other side) |
|---|---|---|
| CLOVIS, NEW MEXICO | ☐ Yes ☑ No | HOSPITAL ☑ Inpatient ☐ ER/Outpatient ☐ DOA  OTHER ☐ Nursing Home ☐ Residence ☐ Other (Specify) |

| 10. FACILITY NAME (if not institution, give street and number) | 11. COUNTY OF DEATH | 12. CITY OR TOWN OF DEATH |
|---|---|---|
| KENNEBEC VALLEY MEDICAL CENTER | KENNEBEC | AUGUSTA |

| 13. MARITAL STATUS – Married, never married, Widowed, Divorced (Specify) | 14. MOST RECENT SPOUSE (If wife, give maiden name) | 15. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 16. KIND OF BUSINESS / INDUSTRY |
|---|---|---|---|
| MARRIED | CHRISTINE STEVENSON  ☑ Living ☐ Deceased | SALESMAN | AUTOMOBILE INDUSTRY |

| 17. DECEDENT'S EDUCATION (Specify only highest grade completed) | | 18. ANCESTRY - French, English, Irish, etc. (Specify) | 19. RACE – American Indian, Black, White, etc. (Specify) |
|---|---|---|---|
| Elementary/Secondary (0-12) | College (1-4 or 5+) | ITALIAN | WHITE |
| 12 | | | |

| 20. RESIDENCE – STATE | 21. COUNTY | 22. CITY OR TOWN | 23. STREET AND NUMBER |
|---|---|---|---|
| MAINE | LINCOLN | BOOTHBAY HARBOR | 17 HOWARD ST. |

| | 24a. FIRST NAME | 24b. MIDDLE NAME | 24c. LAST NAME | 24d. JR. ETC. |
|---|---|---|---|---|
| FATHER'S | PASQUALE | – | PETRALIA | – |

| | 25a. FIRST NAME | 25b. MIDDLE NAME | 25c. MAIDEN SURNAME |
|---|---|---|---|
| MOTHER'S | MARION | – | THOM |

| 26. INFORMANT – NAME (Type/Print) | 27. MAILING ADDRESS (Street and number or Rural Route Number, City or Town, State, ZIP Code) |
|---|---|
| CHRISTINE PETRALIA | 17 HOWARD ST., BOOTHBAY HARBOR, MAINE 04538 |

| 28. METHOD OF DISPOSITION ☐ Entombed ☐ Burial ☑ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 29. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 30. LOCATION – City or Town, State |
|---|---|---|
| | GRACELAWN MEMORIAL PARK | AUBURN, MAINE |

| 31. SIGNATURE OF FUNERAL DIRECTOR OR AUTHORIZED PERSON | 32. NAME AND ADDRESS OF FACILITY OR AUTHORIZED PERSON | 33. DATE OF DISPOSITION |
|---|---|---|
| ▶ David G. Uhouse | KNOWLTON AND HEWINS FUNERAL HOME ONE CHURCH ST., AUGUSTA MAINE 04330 | FEB.12,1992 |

| 34. MEDICAL EXAMINER ▶ Signature and Title | On the basis of examination and/or investigation, in my opinion, death occurred at the time, date and place and due to the cause(s) and manner as stated. | 35. DATE SIGNED (Mo., Day, Yr.) | 36. VIEWED BODY AFTER DEATH? |
|---|---|---|---|
| | | 2/11/92 | |

| 37. CERTIFYING PHYSICIAN ▶ Signature and Title | To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. | 38. TIME OF DEATH | ☐ Yes ☐ No |
|---|---|---|---|
| Karen S. Kalius | | 7:55 ☑ AM ☐ PM | |

| 39. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type/Print) | 40. NAME AND ADDRESS OF CERTIFIER (Type/Print) | 04345 |
|---|---|---|
| | KAREN KALUSTIAN, M.D.  152 DRESDEN ST., GARDINER, ME | |

| 41. REGISTRAR'S SIGNATURE ▶ Madeline M. Cyr | 42. DATE FILED (Mo., Day, Yr.) FEB 11 1992 |
|---|---|

| 43. WAS AN AUTOPSY PERFORMED? limited ☐ Yes ☐ No | 45. MANNER OF DEATH ☑ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined | 46. INJURY AT WORK? ☐ Yes ☐ No | 47. DATE OF INJURY (Mo., Day, Yr.) | 48. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| 44. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? ☐ Yes ☐ No | | | 49. TIME OF INJURY ☐ AM ☐ PM | 50. PLACE OF INJURY – At home, farm, street, factory, office building, etc. (Specify)  51. LOCATION (Street and Number or Rural Route Number, City or Town, State) |

### CONFIDENTIAL INFORMATION

52. PART I. Enter the diseases, injuries, or complications which caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause per each line.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) ➤ | a. Hepatic Encephalopathy | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury which initiated events resulting in death) LAST. | b. Cirrhosis | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | c. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. If not specified in Part I, indicate if the decedent was pregnant or less than 90 days postpartum at time of death.

A.I.D.S.

VS3–R1/90    SHADED AREAS FOR MEDICAL EXAMINER USE ONLY

---

**I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE ABSTRACT OR COPY OF A CERTIFICATE OR RECORD WHICH IS IN MY OFFICIAL CUSTODY.**

DATE ISSUED:

STATE REGISTRAR/MUNICIPAL CLERK/STATE ARCHIVIST

MAR 7 2000

ATTEST:

TOWN OF:

VS-31 R196  This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE