UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM KENNEY,<br>Reg. No. 00984-049<br>US Penitentiary<br>P.O. Box 1000<br>Lewisburg, PA 17837-1000,<br><br>          Plaintinff,<br>   v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 07-1989 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant in the above-captioned case.

                                            /s/
                                     CHRISTOPHER B. HARWOOD
                                     Assistant United States Attorney
                                     555 4th St., N.W.
                                     Washington, D.C. 20530
                                     (202) 307-0372
                                     Christopher.Harwood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2007, I caused the foregoing Notice of Appearance to be served on Plaintiff's attorney via the Court's Electronic Case Filing system (ECF).

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov