UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM KENNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1989 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant hereby moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time to respond to Plaintiff's Complaint of 30 days, up to and including January 28, 2008. On December 21, 2007, the Assistant United States Attorney assigned primary responsibility for this action (the "assigned AUSA") spoke with counsel for Plaintiff, who stated that he does not object to this Motion.

There is good cause to grant this Motion: This case involves numerous Freedom of Information Act ("FOIA") requests (the oldest of which were allegedly made in 1996) to multiple federal agencies, and the assigned AUSA needs additional time to (1) consult with counsel at those agencies, (2) gather and review the relevant documents (including more than ten years of correspondence involving Plaintiff's FOIA requests) and (3) ascertain the relevant facts. This extension is sought in good faith and not for purposes of delay.

Accordingly, Defendant respectfully requests that this Motion for an Enlargement of Time be granted. A proposed order is attached hereto.

Respectfully submitted,

          /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


          /s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney


          /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of December, 2007, a true and correct copy of the foregoing Motion was served on counsel for Plaintiff, Paul Wolf, via the Court's Electronic Case Filing system.

/s/
CHRISTOPHER B. HARWOOD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM KENNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1989 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Upon consideration of Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Complaint ("Motion for Enlargement"), and based on the entire record herein and for good cause shown, it is this ___ day of December, 2007,

ORDERED that Defendant's Motion for Enlargement be and hereby is granted; and it is

FURTHER ORDERED that Defendant must respond to Plaintiff's Complaint by January 28, 2008.

SO ORDERED.

_____
United States District Judge

Copy to:  ECF counsel.