UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM KENNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1989 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO ANSWER THE COMPLAINT
TO ALLOW THE PARTIES TO EXPLORE A POTENTIAL SETTLEMENT**

The parties jointly move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 90 days, up to and including April 28, 2008, for Defendant to answer the Complaint. The parties do so to give them an opportunity to explore a potential settlement.

There is good cause to grant this motion. This case involves numerous Freedom of Information Act ("FOIA") requests (the oldest of which were allegedly made in 1996) to the Federal Bureau of Investigation (the "FBI") and the Executive Office for United States Attorneys (the "EOUSA"). The undersigned Assistant United States Attorney who has been assigned primary responsibility for this action (the "AUSA") has been in regular contact with attorneys at the FBI and EOUSA, and the AUSA and those attorneys have been trying to piece together the ten-year history of Plaintiff's FOIA requests. The AUSA and attorneys at the FBI and EOUSA have also been trying to discern from the Complaint and ten years of correspondence between Plaintiff and those agencies which documents Plaintiff is still seeking to obtain. It appears that the FBI and/or the EOUSA may be in a position to disclose additional documents to Plaintiff once he clarifies which documents he is still seeking to obtain.

Yesterday afternoon, the AUSA and counsel for Plaintiff agreed that it would be in the best interests of all parties to pursue a negotiated compromise of this litigation.  Plaintiff's counsel agreed that he would confer with his client and then send the AUSA a letter outlining the documents that Plaintiff is still seeking to obtain.  Because Plaintiff is incarcerated, it will take Plaintiff's counsel a few weeks to arrange to talk to Plaintiff on the telephone.  While Plaintiff's counsel confers with his client and drafts the aforementioned letter, the AUSA will continue to work with attorneys at the FBI and EOUSA to piece together the history of Plaintiff's FOIA requests.  Counsel for Plaintiff and the AUSA will then meet and confer in an attempt to reach a negotiated compromise of this litigation.  If the parties are unable to reach a negotiated compromise after 90 days, they have agreed that on April 28, 2008, Defendant will file (1) its answer, and (2) a joint report outlining a proposed schedule for further proceedings.

Accordingly, the parties request that this joint motion be granted.  A proposed order is attached hereto.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of January, 2008, a true and correct copy of the foregoing Motion was served on counsel for Plaintiff, Paul Wolf, via the Court's Electronic Case Filing system.

                                                    /s/
                                    CHRISTOPHER B. HARWOOD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM KENNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1989 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of the Parties' Joint Motion, and based on the entire record herein and for good cause shown, it is this ____ day of _____, 2008,

ORDERED that the Joint Motion be and hereby is granted; and it is

FURTHER ORDERED that Defendant must respond to Plaintiff's Complaint by April 28, 2008; and it is

FURTHER ORDERED that Defendant must file a joint report outlining a proposed scheduling for further proceedings by April 28, 2008.

SO ORDERED.

_____
United States District Judge

Copy to: ECF Counsel.