UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM KENNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1989 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT REPORT AND PROPOSED SCHEDULE

This case involves two Freedom of Information Act requests submitted by Plaintiff to the Federal Bureau of Investigation and the Executive Office for United States Attorneys (collectively, "Defendants"). On January 18, 2008, this Court issued a Minute Order providing Defendants until April 28, 2008 to file: (1) an answer to Plaintiff's Complaint; and (2) a report outlining a proposed schedule for further proceedings. Earlier today, Defendants filed their answer to the Complaint, and they hereby submit this joint report outlining a proposed schedule for further proceedings in the near-term. Counsel for Plaintiff has reviewed this joint report and is in full agreement with the schedule set forth herein.

Since January 18, 2008, counsel for Plaintiff and counsel for Defendants have been in contact on a regular basis, and have been diligently exploring the possibility of settlement. They continue to do so. Even if a complete settlement between the parties cannot be reached (and at this point, it appears that a complete settlement is unlikely), counsel for Plaintiff and counsel for Defendants believe that they may be able to reach an agreement on certain matters, and that such an agreement would meaningfully narrow the issues to be litigated. Thus, the parties respectfully request that they be permitted to continue to explore the possibility of a negotiated

compromise with respect to the issues in this case until May 30, 2008. By May 30, 2008, the parties will file with the Court a new joint report outlining a proposed schedule for further proceedings.

For the foregoing reasons, the parties request that the Court adopt the proposed schedule for further proceedings in the near-term set forth herein. A proposed order containing the schedule set forth herein is attached hereto.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**<u>CERTIFICATE OF SERVICE</u>**

**I  HEREBY CERTIFY** that on this 28th day of April, 2008, a true and correct copy of the foregoing Motion was served on counsel for Plaintiff, Paul Wolf, via the Court's Electronic Case Filing system.


_____/s/_____
CHRISTOPHER B. HARWOOD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM KENNEY,                              )
                                             )
                    Plaintiff,               )
                                             )
         v.                                  )        Civil Action No. 07-1989 (PLF)
                                             )
UNITED STATES DEPARTMENT OF                  )
JUSTICE,                                     )
                                             )
                    Defendant.               )
_____)

## **ORDER**

Upon consideration of the parties' Joint Report and Proposed Schedule, and based on the

entire record herein, it is this _____ day of _____, 2008,

ORDERED that:

- the parties shall be permitted to continue to explore the possibility of a negotiated compromise with respect to issues in this case until May 30, 2008, and

- on May 30, 2008, the parties shall file with the Court a joint report outlining a proposed schedule for further proceedings.

SO ORDERED.

_____
United States District Judge

Copy to:  ECF Counsel.