UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM KENNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1989 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**JOINT REPORT AND PROPOSED SCHEDULE**

This case involves two Freedom of Information Act ("FOIA") requests submitted by Plaintiff in 1996 to the Federal Bureau of Investigation ("FBI") and the Executive Office for United States Attorneys ("EOUSA") (collectively, "Defendants"). On April 30, 2008, this Court issued a Minute Order providing the parties until May 30, 2008 to: (1) continue to explore the possibility of a settlement of this litigation; and (2) file a joint report outlining a proposed schedule for further proceedings.

Counsel for Plaintiff and counsel for Defendants have been in contact on a regular basis, and have been diligently exploring the possibility of settlement. On May 8, 2008, counsel for Plaintiff, counsel for Defendants, and representatives from both the FBI and EOUSA conducted an in-person meet and confer during which they discussed the contours of a potential settlement and a schedule for further proceedings in the event that a settlement could not be reached.[1] The parties were unable to reach an agreement. Accordingly, counsel for Plaintiff and counsel for Defendants have agreed to the schedule for further proceedings set forth below.

---

[1] Plaintiff is an incarcerated prisoner and therefore did not attend the meet and confer.

**Schedule for Further Proceedings With Respect to the FBI.** In response to Plaintiff's original FOIA request, the FBI processed at least 7,000 pages of responsive documents, released a substantial number of responsive documents to Plaintiff and withheld or redacted additional responsive documents. Although the FBI believes that its processing of Plaintiff's FOIA request was entirely appropriate (Plaintiff disagrees), the FBI is not currently in a position to file a motion for summary judgment because it is unable to locate its working copy of Plaintiff's FOIA file. (That file contained the FBI's records of which documents it previously released to Plaintiff in full, which documents it previously released to Plaintiff in part and which documents it entirely withheld from Plaintiff.) Consequently, the FBI must re-process Plaintiff's original FOIA request so that it may again create a record pursuant to which it can move for summary judgment. In light of the foregoing, the parties agree that:

1. The FBI will have a period of six months, until November 28, 2008, to re-process Plaintiff's FOIA request and re-release responsive documents to Plaintiff (in full or in part). The FBI will re-process Plaintiff's FOIA request using the same parameters it used before and re-release documents to Plaintiff on a rolling basis. Plaintiff reserves the right to challenge those parameters.

2. By December 22, 2008, Plaintiff shall select from the re-released production 125 pages of redacted documents that he would like to be included in the FBI's sample Vaughn declaration and provide the FBI with a copy (or a reasonable description) of those 125 pages.

3. By February 16, 2009, the FBI will file a motion for summary judgment, which will include a Vaughn declaration. The Vaughn declaration will include (1) the 125 pages of redacted documents that Plaintiff selected; and (2) a representative sample of 125 pages of

responsive documents withheld in full.

4.   By March 16, 2009, Plaintiff will file an opposition to the FBI's motion for summary judgment.

5.   By April 3, 2009, the FBI will file a reply to Plaintiff's opposition to its motion for summary judgment.

**Schedule for Further Proceedings With Respect to the EOUSA.**

1.   By July 31, 2008, the EOUSA will file its motion for summary judgment.

2.   By August 29, 2008, Plaintiff will file an opposition to the EOUSA's motion for summary judgment.

3.   By September 26, 2008, the EOUSA will file its reply to Plaintiff's opposition to its motion for summary judgment.

The parties respectfully request that the Court adopt the proposed schedule for further proceedings set forth herein. A proposed order containing the schedule set forth herein is attached hereto.

          Respectfully submitted,

          /s/
          JEFFREY A. TAYLOR, D.C. BAR # 498610
          United States Attorney

          /s/
          RUDOLPH CONTRERAS, D.C. BAR # 434122
          Assistant United States Attorney

      /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

Counsel for Defendants


Respectfully submitted,

      /s/
Paul Wolf, Esq.
P.O. Box 11244
Washington, D.C. 20008
(202) 674-9653

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM KENNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-1989 (PLF) |

**<u>ORDER</u>**

Having considered the parties' Joint Report and Proposed Schedule, and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED that the following schedule will govern further proceedings in this action:

1. By July 31, 2008, the Executive Office for United States Attorneys ("EOUSA") shall file its motion for summary judgment.

2. By August 29, 2008, Plaintiff shall file an opposition to the EOUSA's motion for summary judgment.

3. By September 26, 2008, the EOUSA shall file its reply to Plaintiff's opposition to its motion for summary judgment.

4. The Federal Bureau of Investigation ("FBI") shall have until November 28, 2008 to re-process Plaintiff's FOIA request and re-release responsive documents to Plaintiff (in full or in part).

5. By December 22, 2008, Plaintiff shall select from the re-released production 125 pages of redacted documents that he would like to be included in the FBI's sample Vaughn declaration and provide the FBI with a copy (or a reasonable description) of those 125 pages.

6.  By February 16, 2009, the FBI shall file a motion for summary judgment, which will include a Vaughn declaration. The Vaughn declaration will include (1) the 125 pages of redacted documents that Plaintiff selected; and (2) a representative sample of 125 pages of responsive documents withheld in full.

7.  By March 16, 2009, Plaintiff shall file an opposition to the FBI's motion for summary judgment.

8.  By April 3, 2009, the FBI shall file a reply to Plaintiff's opposition to its motion for summary judgment.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel