UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM KENNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1989 (PLF) |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for partial summary judgment [9] is GRANTED; it is

FURTHER ORDERED that defendant is awarded judgment as to any and all claims in this action that relate to the response of the Executive Office for United States Attorneys to the Freedom of Information Act/Privacy Act request submitted by plaintiff; and it is

FURTHER ORDERED that plaintiff's motion for partial summary judgment [11] is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 30, 2009